UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| OPERATING ENGINEERS LOCAL UNION NO. 474 PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO. 3:15-cv-1142 Senior Judge Haynes/Brown |
| BELL CRANE & RIGGING, INC., | ) ) | |
| Defendant. | ) | |

**O R D E R**

The Clerk has entered an Entry of Default in this matter (Docket Entry 7). Accordingly, the Initial Case Management Conference previously scheduled for Tuesday, December 29, 2015, is hereby **CANCELED**.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge